```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                        CENTRAL DISTRICT OF CALIFORNIA
 9                               EASTERN DIVISION
10
11  JEFFREY DENNIS ROE,            )
                                    )
12                  Petitioner,     )   Case No. EDCV 08-1239-R(AJW)
                                    )
13       v.                         )
                                    )
14  JAMES A YATES, Warden,         )   MEMORANDUM AND ORDER
                                    )   TRANSFERRING PETITION
15                  Respondent.     )
    _____)
16
```

17      Petitioner is incarcerated in the Pleasant Valley State Prison in
18 Fresno County, California. [Petition at 1]. Fresno County is located
19 in the Eastern District of California. 28 U.S.C. §84(b). Further,
20 although petitioner was convicted in this district, he does not
21 challenge either that conviction or the resulting sentence. Instead,
22 petitioner challenges the calculation of his sentence credits and his
23 parole date. See Memorandum in Support of Petition & Supplemental
24 Petition].

25      A petition for a writ of habeas corpus filed by a person in
26 custody under the judgment of a state court located within a state
27 that contains two or more federal judicial districts may be filed in
28 either the district of confinement or the district of conviction. See
   28 U.S.C. § 2241(d). Although each district has concurrent

1  jurisdiction to entertain the petition, the district court in which
2  the petition was filed may transfer the petition to another district
3  in the furtherance of justice.  See 28 U.S.C. § 2241(d). If a petition
4  challenges a conviction or sentence, venue in the district in which
5  the petitioner was convicted and sentenced is preferred. If, as here,
6  the petition is directed to the manner in which a sentence is being
7  executed – for example, if it involves parole or time credits claims
8  – the district of confinement is the preferable forum.  See Dunne v.
9  Henman, 875 F.2d 244, 249 (9th Cir. 1989).  Accordingly, in the
10 interests of justice, this action is transferred to the United States
11 District Court for the Eastern District of California.  See 28 U.S.C.
12 § 1404(a).

**IT IS SO ORDERED.**

Dated: _January 5, 2009___

_____
Manuel L. Real
United States District Judge